**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TODD BALES**                                                                **PLAINTIFF**

v.                  **NO. 1:13CV00083 JLH/BD**

**JANE DOE**                                                               **DEFENDANT**

**ORDER**

Plaintiff Todd Bales, an Independence County inmate, filed this case pro se, alleging that his constitutional rights were violated.[1] In his complaint, Bales named "Miss D" as the only defendant. On October 21, 2013, Bales was ordered to identify and serve Miss D within 120 days. He was specifically warned that his case could be dismissed if he did not comply with the Court Order.

Bales has not complied with the Court's Order, and the time allowed for doing so has passed. Accordingly, his claims are dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to comply with a Court Order.

IT IS SO ORDERED this 18th of March, 2014.

                                                                         _____
                                                                        UNITED STATES DISTRICT JUDGE

---

[1] Bales originally filed this case on behalf of himself and Caldwell Perston, another Independence County inmate. The Court previously dismissed Perston as a party plaintiff.