# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TODD BALES**                                                                                          **PLAINTIFF**

**v.**                      **NO. 1:13CV00083 JLH/BD**

**JANE DOE**                                                                                             **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE